Kane Moon (SBN 249834)
E-mail: kmoon@moonlawgroup.com
Lilit Ter-Astvatsatryan (SBN 320389)
E-mail: lilit@moonlawgroup.com
Nichelle Christopherson (SBN 349221)
E-mail: nchristopherson@moonlawgroup.com
**MOON LAW GROUP, PC**
725 S. Figueroa St., 31st Floor
Los Angeles, California 90017
Telephone: (213) 232-3128
Facsimile: (213) 232-3125

Attorneys for Plaintiff STEVEN BURIN

**JEFFER MANGELS BUTLER & MITCHELL LLP**
R. SCOTT BRINK (Bar No. 138644)
*rsb@jmbm.com*
RAEF J. COGAN (Bar No. 317060)
*Rcogan@jmbm.com*
1900 Avenue of the Stars, 7th Floor
Los Angeles, California 90067-4308
Telephone:   (310) 203-8080
Facsimile:    (310) 203-0567

Attorneys for Defendant INTERNATIONAL WIND, LLC

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN BURIN, individually, and on behalf of all others similarly situated, | Case No.: 8:23-cv-02216-FWS (DFMx) |
| | **JOINT NOTICE OF SETTLEMENT** |
| *Plaintiff*, | |
| vs. | |
| INTERNATIONAL WIND, INC., a California corporation; INTERNATIONAL WIND, LLC, a limited liability company; and DOES 1 through 10, inclusive, | Action Filed:      August 28, 2023 Action Removed:  November 22, 2023 Trial Date:         January 20, 2026 |
| *Defendants*. | |

1

**TO THE HONORABLE COURT:**

Pursuant to Local Rule 40-2, Plaintiff Steven Burin ("Plaintiff") and Defendant International Wind, LLC ("Defendant") (collectively, the "Parties") hereby notify the Court that they have reached an agreement in principle to settle this dispute. In light of this Notice of Settlement and to permit the Parties to finalize the terms of the Stipulation re: Settlement, the Parties respectfully request that the Court vacate all future deadlines and hearings scheduled in this matter.

DATED:   September 18, 2024                **MOON LAW GROUP, PC**

By:   _/s/ Nichelle Christopherson_
                Kane Moon, Esq.
                Lilit Ter-Astvatsatryan, Esq.
                Nichelle Christopherson, Esq.[1]

                Attorneys for Plaintiff STEVEN BURIN

DATED:  September 18, 2024                **JEFFER MANGELS BUTLER & MITCHELL LLP**

By:   _/s/ Raef Cogan_
                Scott Brink, Esq.
                Raef Cogan, Esq.

                Attorneys for Defendant
                INTERNATIONAL WIND, LLC

---

[1] The filing attorney attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized this electronic filing.

**JOINT NOTICE OF SETTLEMENT**