**NOTE: CHANGES MADE BY COURT**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STEVEN BURIN, INDIVIDUALLY, AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED;<br><br>Plaintiff,<br><br>v.<br><br>INTERNATIONAL WIND, INC., A CALIFORNIA CORPORATION; INTERNATIONAL WIND, LLC, A LIMITED LIABILITY COMPANY; AND DOES 1 THROUGH 10, INCLUSIVE,<br><br>Defendants. | Case No. 8:23-cv-02216-FWS-DFM<br><br>*Assigned to: Hon. Fred W. Slaughter*<br><br>**ORDER RE JOINT STIPULATION TO REMAND MATTER TO STATE COURT [29]** |

///

///

///

Having reviewed and considered the Joint Stipulation to Remand Matter to State Court [29] ("Stipulation"),[1] the files and records of the case, the applicable law, and for the good cause demonstrated in the Stipulation, the court **GRANTS** the Stipulation and **ORDERS** the following:

1. All future deadlines and dates in the above-captioned case are **VACATED**.
2. The above-captioned case is **REMANDED** to Superior Court of the State of California in and for the County of Orange, as Case Number 30-02023-01344893-CU-OE-CXC.

Dated: December 20, 2024

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE

---

[1] The Stipulation is incorporated into this Order by this reference.